UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. C20-0166-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| MANUEL CHAVIRA *et al.*, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding the priority of a deed of trust, dismissal of a defendant, and non-participation of a defendant (Dkt. No. 9). The Court hereby GRANTS the motion and ORDERS as follows:

1. The parties stipulate that Defendant Select Portfolio Servicing, Inc. ("SPS") is the loan service provider on behalf of beneficial interest holder Deutsche Bank National Trust Company, as trustee, in trust for registered holders of Long Beach Mortgage Loan Trust 2005-WL3, Asset-Backed Certificates, Series 2005-WL3 of a promissory note secured by a deed of trust recorded in the King County property records as #20050719002753 on July 19, 2005, encumbering 11226 SE 235th Pl., Kent, WA. The parties further stipulate that the deed of trust was assigned to the trust by an assignment recorded on January 10,

1   2020, as #20120110000613.

2   2.  Pursuant to the parties' stipulation, the deed of trust recorded in the King County

3       property records as #20070615002794 is superior to Plaintiff's lien rights asserted in this

4       action. To the extent any foreclosure sale is ordered by the Court, the deed of trust will

5       either (a) be paid off first from any sale proceeds before any other distributions, attorney

6       fees, or costs are paid; or (b) the winning bidder at such sale will take the property subject

7       to the deed of trust.

8   3.  All claims against Defendant Deutsche Bank National Trust Company are resolved.

9       Deutsche Bank National Trust Company need not respond to Plaintiff's complaint or

10      otherwise participate in this action.

11  4.  SPS is hereby DISMISSED from this lawsuit with prejudice and without an award of

12      attorney fees or costs to any party.

13      DATED this 13th day of February 2020.

14                                      William M. McCool
                                        Clerk of Court
15
                                        s/Tomas Hernandez
16                                      Deputy Clerk

17

18

19

20

21

22

23

24

25

26