THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                          Plaintiff,

          v.

MANUEL CHAVIRA *et al.*,

                          Defendants.

CASE NO. C20-0166-JCC

ORDER

This matter comes before the Court on Defendant Manuel Chavira's unopposed motion to stay (Dkt. No. 15). The Court hereby GRANTS the motion and STAYS this action for the duration of Chavira's bankruptcy case, Case No. 20-10796.

DATED this 4th day of June 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-0166-JCC
PAGE - 1