THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C20-0166-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MANUEL CHAVIRA, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court stayed this matter in June 2020 in light Mr. Chavira's bankruptcy proceedings. The Court now ORDERS the parties to file a joint status report within 14 days of the date of this order that informs the Court of: (1) the status of Mr. Chavira's bankruptcy proceedings and (2) whether the Court should lift the stay. If the parties are unable to agree, they may answer in separate paragraphs.

DATED this 16th day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-0166-JCC
PAGE - 1