THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C20-0166-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MANUEL CHAVIRA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

In June 2020, the Court stayed this case for the duration of Defendant's bankruptcy case, No. BK20-10796-TWD. Nothing has been filed to the docket in that case for several months.

The Court thus ORDERS that within 21 days, the parties must file a joint status report addressing the status and expected duration of the bankruptcy case; the continued need for the stay; and whether, considering the foregoing and the governing law, the Court may dismiss this case either (a) conditionally based on Mr. Chavira's compliance with, or (b) while retaining jurisdiction to enforce, the plan described in the parties' last status report. (Dkt. No. 19 at 3.)

//

//

//

MINUTE ORDER
C20-0166-JCC
PAGE - 1

DATED this 22nd day of December 2021.

          Ravi Subramanian
          Clerk of Court

          s/Sandra Rawski
          Deputy Clerk

MINUTE ORDER
C20-0166-JCC
PAGE - 2