THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C20-0166-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MANUEL CHAVIRA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court understands that the parties in this matter have reached an agreement regarding the terms on which this case may be dismissed. (Dkt. No. 21.) Accordingly, it is hereby ORDERED that they must file a stipulated notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within 30 days of this order. Their stipulation should include the terms of the agreement described in the parties' January 12, 2022 joint status report. (Dkt. No. 21 at 2.)

DATED this 27th day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-0166-JCC
PAGE - 1