THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL CHAVIRA, *et al.*,<br><br>        Defendants. | CASE NO. C20-0166-JCC<br><br>ORDER |

       This matter comes before the Court on the parties' stipulated notice of conditional dismissal (Dkt. No. 23.) Having thoroughly considered the briefing and the relevant record, the Court hereby GRANTS dismissal as indicated below

       In the underlying suit, the Government seeks a judgment on certain tax liens and the foreclosure of tax liens. (*See* Dkt. No. 1.) While a stipulated dismissal is ordinarily self-executing, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), because the parties seek a condition dismissal, the Court ORDERS as follows.

       The parties' request for a condition dismissal is GRANTED. However, if Mr. Chavira does not complete his bankruptcy plan, this matter will be revived. The date of original filing of the complaint will operate such that the various statute of limitations dates underlying the assessments at issue in this case will not run as a result of the conditional dismissal of this case.

//

ORDER
C20-0166-JCC
PAGE - 1

1    DATED this 28th day of February 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE